

itself, affect the court's decision. In view of the entire record, the trial court did not err in overruling this motion.

In *Security Trust Co. v. Tarpey,* 182 Ill. 52, at page 59, it is said: "It has been the rule of this court that an insurance company cannot insist upon the forfeiture of a policy for a cause which was within the knowledge of its agent at the time the policy was issued." In the instant case, our review of the record convinces us that the agents of appellant knew as much or more about the physical condition of Joseph C. Asselborn at the time he made his application for this policy as Mr. Asselborn himself. The judgment of the trial court is in accordance with the facts as disclosed by this record and the applicable law, and that judgment will be affirmed.

*Judgment affirmed.*

Grace E. Collins, Plaintiff-Appellee, v. Max Ruby and Bernard Ruby, Defendants-Appellants.

Gen. No. 10,700.    (Abstract of Decision.)

Edgar J. Elliott, for appellants; Hooper & Bunge, for appellee; Gordon C. Bunge, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed January 4, 1954; released for publication January 21, 1954.